UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN HANDLON, III (01), ) <br> ) <br> Defendant. ) | Cause No. 1:20-cr-00125-JMS-TAB |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Doris Pryor's Report and Recommendation dkt [67] recommending that John Handlon III's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Pryor's Report and Recommendation dkt [67]. The Court finds that Mr. Handlon III committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [57]. The Court dismisses Violation Numbers 2, 3, 4, and 5 at dkt [57]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Handlon III is sentenced to the custody of the Attorney General or his designee for a period of twelve (12) months and with no supervised release to follow.

Date: 8/8/2022

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal